KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
R. JAMES SLAUGHTER - #192813
STEVEN A. HIRSCH - #171825
R. ADAM LAURIDSEN - #243780
rvannest@kvn.com
rslaughter@kvn.com
shirsch@kvn.com
alauridsen@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NCAA Student-Athlete Name & Likeness Licensing Litigation | Case No. CV-09-1967 (CW) <br><br> *(Consolidated w/Case Nos. C-09-03329-CW; C-09-04128-CW; C-09-04882-CW; C-09-05100-CW; C-09-05134-CW; C-09-05372-CW; and C-09-05378-CW)* <br><br> **ELECTRONIC ARTS INC.'S REPRESENTATION STATEMENT** |

The undersigned represents Electronic Arts Inc., claimant and appellant in this matter, and no other party. The following is a list of all of the parties to the action and the information regarding their counsel. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

Respectfully submitted

R. JAMES SLAUGHTER
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

| | |
|---|---|
| **Plaintiff Samuel Michael Keller**<br>Robert B. Carey<br>Leonard W. Aragon<br>Hagens Berman Sobol Shapiro LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ 85003<br>602 840-5900 | **Plaintiff Samuel Michael Keller**<br>Shana E. Scarlett<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>510 725-3001 |
| **Plaintiff Samuel Michael Keller**<br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1918 8th Avenue, Suite 3300<br>Seattle, WA 98101<br>206 623-7292 | **Plaintiff Samuel Michael Keller**<br>Stuart McKinley Paynter<br>The Paynter Law Firm PLLC<br>1200 G Street N.W., Suite 800<br>Washington, DC 20005<br>202 626-4486 |
| **Plaintiff Edward C. O'Bannon, Jr.**<br>John T. King<br>Hausfeld LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>415 633-1921 | **Plaintiff Edward C. O'Bannon, Jr.**<br>Michael D. Hausfeld<br>Hausfeld LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>202 540-7200 |
| **Plaintiff Edward C. O'Bannon, Jr.**<br>Allan Steyer<br>Donald Scott Macrae<br>Henry A. Cirillo<br>Steyer Lowenthal Boodrookas Alvarez & Smith LLP<br>One California Street, Suite 300<br>San Francisco, CA 94111<br>415 421-3400 | **Plaintiff Edward C. O'Bannon, Jr.**<br>Bruce L. Simon<br>Jessica L. Grant<br>Pearson Simon Warshaw & Penny LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>415 433-9000 |
| **Plaintiff Edward C. O'Bannon, Jr.**<br>Carl A. Taylor Lopez<br>Lopez & Fantel<br>1510 14th Avenue<br>Seattle, WA 98122-4024<br>206 322-5200 | **Plaintiff Edward C. O'Bannon, Jr.**<br>Jonathan W. Cuneo<br>Daniel Cohen<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street NE<br>Washington, DC 20002<br>202 789-3960 |

| | |
|---|---|
| **Plaintiff Edward C. O'Bannon, Jr.**<br>Daniel Simon Mason<br>Attorney at Law<br>44 Montgomery St., #3400<br>San Francisco, CA 94104<br>415 693-0700 | **Plaintiff Edward C. O'Bannon, Jr.**<br>Eugene A. Spector<br>Jeffrey Lawrence Spector<br>Jay S. Cohen<br>Spector Roseman Kodroff & Willis, PC<br>1818 Market Street, 25th Floor<br>Philadelphia, PA 19103<br>215 496-0300 |
| **Plaintiff Edward C. O'Bannon, Jr.**<br>Jack Simms<br>Tanya Chutkan<br>William A. Isaacson<br>Boies Schiller & Flexner LLP<br>5301 Wisconsin Avenue, Suite 800<br>Washington, DC 20015<br>202 237-2727 | **Plaintiff Edward C. O'Bannon, Jr.**<br>Jay L. Himes<br>Morissa R. Falk<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>212 907-0834 |
| **Plaintiff Edward C. O'Bannon, Jr.**<br>Jiangxiao Athena Hou<br>Zelle Hofmann Voelbel & Mason LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>415 633-1920 | **Plaintiff Edward C. O'Bannon, Jr.**<br>Mitchell J. Rapp<br>Shawn D. Stuckey<br>Zelle Hofmann Voelbel & Mason LLP<br>500 Washington Ave.South, Ste. 4000<br>Minneapolis, MN 55415<br>612 339-2020 |
| **Plaintiff Edward C. O'Bannon, Jr.**<br>Ronald J. Aranoff<br>Bernstein Liebhard LLP.<br>10 E. 40th Street, 22nd Floor<br>New York, NY 10016<br>212 779-1414 | **Plaintiff Edward C. O'Bannon, Jr.**<br>Vincent J. Esades<br>Heins Mills & Olson, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>612 338-4605 |
| **Plaintiff Bryon Bishop**<br>Austin B. Cohen<br>Howard J. Sedran<br>Levin Fishbein Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>215 592-1500 | **Plaintiff Bryon Bishop**<br>David Haym Weinstein<br>Steven A. Asher<br>Weinstein Kitchenoff & Asher<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>215 545-7200 |

| | |
|---|---|
| **Plaintiff Bryon Bishop**<br>Donald Louis Perelman<br>Fine Kaplan and Black, RPC<br>1835 Markel Street, 28th Floor<br>Philadelphia, PA 19103<br>215 567-6565 | **Plaintiff Bryon Bishop**<br>Gerald J. Rodos<br>Jeffrey B. Gittleman<br>Barrack Rodos & Bacine<br>2001 Market St<br>3300 Two Commerce Sq<br>Philadelphia, PA 19103<br>215 963-0600 |
| **Plaintiff Bryon Bishop**<br>Joseph C. Kohn<br>Robert LaRocca<br>Kohn Swift & Graf P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>215 238-1700 | **Plaintiff Bryon Bishop**<br>Karl Olson<br>Ram & Olson LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>415 433-4949 |
| **Plaintiff Bryon Bishop**<br>Roberta D. Liebenberg<br>Fine Kaplan & Black, RPC<br>1835 Markel Street, 28th Floor<br>Philadelphia, PA 19103<br>215 567-6565 | **Plaintiff Bryon Bishop**<br>Steven A. Asher<br>Weinstein Kitchenoff & Asher LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>215 545-7200 |
| **Plaintiffs Michael Anderson and Danny Wimprine**<br>Tracy Tien<br>Rosemary M. Rivas<br>Finkelstein Thompson LLP<br>100 Bush Street, Suite 1450<br>San Francisco, CA 94102<br>415 398-8700 | **Plaintiff, Michael Anderson and Danny Wimprine**<br>Bryan L. Clobes<br>Cafferty Faucher LLP<br>1717 Arch St., Ste. 3610<br>Philadelphia, PA 19103<br>215 864-2800 |
| **Plaintiff Ishmael Thrower**<br>Reginald Von Terrell<br>The Terrell Law Group<br>Post Office Box 13315, PMB #148<br>Oakland, CA 94661<br>510 237-9700 | **Plaintiffs Craig Newsome and Damien Rhodes**<br>Eric B. Fastiff<br>Lieff, Cabraser, Heimann &<br>Bernstein, LLP<br>275 Battery St, 30th Floor<br>San Francisco, CA 94111-3339<br>415 956-1000 |

| | |
|---|---|
| **Plaintiff Craig Newsome**<br>Daniel E. Gustafson<br>David A. Goodwin<br>Jason Kilene<br>Gustafson Gluek PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>612 333-8844 | **Plaintiffs Craig Newsome and Damien Rhodes**<br>Joseph Richard Saveri<br>Kelly M. Dermody<br>Lieff, Cabraser, Heiman & Bernstein, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>415 956-1000 |
| **Plaintiff Danny Wimprine**<br>Lee Albert<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>212 682-1818 | **Plaintiff Damien Rhodes**<br>Eric L. Cramer<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>215 875-3000 |
| **Plaintiff Damien Rhodes**<br>Joshua P. Davis<br>Law Offices of Joshua P. Davis<br>437A Valley Street<br>San Francisco, CA 94131<br>415 422-6223 | **Plaintiff Damien Rhodes**<br>Kendall S. Zylstra<br>Stephen E. Connolly<br>Faruqi & Faruqi LLP<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19006<br>215 914-2460 |
| **Plaintiff Samuel Jacobson**<br>Garrett D. Blanchfield, Jr.<br>Reinhardt Wendorf & Blanchfield<br>East 1250 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101<br>651 287-2100 | **Plaintiff Samuel Jacobson**<br>Joe Sibley<br>Kiwi Alejandro Danao Camara<br>Camara & Sibley LLP<br>2339 University Boulevard<br>Houston, TX 77005<br>713 893-7973 |
| **Defendant Electronic Arts Inc.**<br>Robert A. Van Nest<br>R. James Slaughter<br>Steven A. Hirsch<br>Robert Adam Lauridsen<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>415 391-5400 | **Defendant National Collegiate Athletic Association**<br>Gregory L. Curtner<br>Robert James Wierenga<br>Miller Canfield Paddock & Stone, P.L.C.<br>101 North Main Street, 7th Floor<br>Ann Arbor, MI 48104<br>734 668-7756 |

1  **Defendant National Collegiate Athletic Association**
   Jason Alex Geller
   David P. Borovsky
   Glen Robert Olson
   Long & Levitt LLP
   465 California Street, Suite 500
   San Francisco, CA 94104-1814
   415 397-2222

7  **Defendant Collegiate Licensing Company**
   William Howard Brewster
   Cindy Dawn Hanson
   R. Charles Henn, Jr.
   Kilpatrick Stockton LLP
   1100 Peachtree Street, Suite 2800
   Atlanta, GA 30309
   404 815-6470

**Defendant Collegiate Licensing Company**
Gennaro August Filice
Filice Brown Eassa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
510 444-3131

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On February 18, 2010, I served the following document(s):

**ELECTRONIC ARTS INC.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT AND CIVIL APPEALS DOCKETING STATEMENT**

by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| **Plaintiff Samuel Michael Keller**<br>Robert B. Carey<br>Leonard W. Aragon<br>Hagens Berman Sobol Shapiro LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ 85003<br>602 840-5900 | **Plaintiff Samuel Michael Keller**<br>Shana E. Scarlett<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>510 725-3001 |
| **Plaintiff Samuel Michael Keller**<br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1918 8th Avenue, Suite 3300<br>Seattle, WA 98101<br>206 623-7292 | **Plaintiff Samuel Michael Keller**<br>Stuart McKinley Paynter<br>The Paynter Law Firm PLLC<br>1200 G Street N.W., Suite 800<br>Washington, DC 20005<br>202 626-4486 |
| **Plaintiff Edward C. O'Bannon, Jr.**<br>John T. King<br>Hausfeld LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>415 633-1921 | **Plaintiff Edward C. O'Bannon, Jr.**<br>Michael D. Hausfeld<br>Hausfeld LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>202 540-7200 |

| | |
|---|---|
| **Plaintiff Edward C. O'Bannon, Jr.**<br>Allan Steyer<br>Donald Scott Macrae<br>Henry A. Cirillo<br>Steyer Lowenthal Boodrookas Alvarez & Smith LLP<br>One California Street, Suite 300<br>San Francisco, CA 94111<br>415 421-3400 | **Plaintiff Edward C. O'Bannon, Jr.**<br>Bruce L. Simon<br>Jessica L. Grant<br>Pearson Simon Warshaw & Penny LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>415 433-9000 |
| **Plaintiff Edward C. O'Bannon, Jr.**<br>Carl A. Taylor Lopez<br>Lopez & Fantel<br>1510 14th Avenue<br>Seattle, WA 98122-4024<br>206 322-5200 | **Plaintiff Edward C. O'Bannon, Jr.**<br>Jonathan W. Cuneo<br>Daniel Cohen<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street NE<br>Washington, DC 20002<br>202 789-3960 |
| **Plaintiff Edward C. O'Bannon, Jr.**<br>Daniel Simon Mason<br>Attorney at Law<br>44 Montgomery St., #3400<br>San Francisco, CA 94104<br>415 693-0700 | **Plaintiff Edward C. O'Bannon, Jr.**<br>Eugene A. Spector<br>Jeffrey Lawrence Spector<br>Jay S. Cohen<br>Spector Roseman Kodroff & Willis, PC<br>1818 Market Street, 25th Floor<br>Philadelphia, PA 19103<br>215 496-0300 |
| **Plaintiff Edward C. O'Bannon, Jr.**<br>Jack Simms<br>Tanya Chutkan<br>William A. Isaacson<br>Boies Schiller & Flexner LLP<br>5301 Wisconsin Avenue, Suite 800<br>Washington, DC 20015<br>202 237-2727 | **Plaintiff Edward C. O'Bannon, Jr.**<br>Jay L. Himes<br>Morissa R. Falk<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>212 907-0834 |
| **Plaintiff Edward C. O'Bannon, Jr.**<br>Jiangxiao Athena Hou<br>Zelle Hofmann Voelbel & Mason LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>415 633-1920 | **Plaintiff Edward C. O'Bannon, Jr.**<br>Mitchell J. Rapp<br>Shawn D. Stuckey<br>Zelle Hofmann Voelbel & Mason LLP<br>500 Washington Ave.South, Ste. 4000<br>Minneapolis, MN 55415<br>612 339-2020 |

469022.01

PROOF OF SERVICE
CASE NO. CV-09-1967-CW

| | | |
|---|---|---|
| 1 | **Plaintiff Edward C. O'Bannon, Jr.** | **Plaintiff Edward C. O'Bannon, Jr.** |
| 2 | Ronald J. Aranoff<br>Bernstein Liebhard LLP. | Vincent J. Esades<br>Heins Mills & Olson, P.L.C. |
| 3 | 10 E. 40th Street, 22nd Floor<br>New York, NY 10016 | 310 Clifton Avenue<br>Minneapolis, MN 55403 |
| 4 | 212 779-1414 | 612 338-4605 |
| 5 | | |
| 6 | **Plaintiff Bryon Bishop**<br>Austin B. Cohen | **Plaintiff Bryon Bishop**<br>David Haym Weinstein |
| 7 | Howard J. Sedran<br>Levin Fishbein Sedran & Berman | Steven A. Asher<br>Weinstein Kitchenoff & Asher |
| 8 | 510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | 1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103 |
| 9 | 215 592-1500 | 215 545-7200 |
| 10 | | |
| 11 | **Plaintiff Bryon Bishop**<br>Donald Louis Perelman | **Plaintiff Bryon Bishop**<br>Gerald J. Rodos |
| 12 | Fine Kaplan and Black, RPC<br>1835 Markel Street, 28th Floor | Jeffrey B. Gittleman<br>Barrack Rodos & Bacine |
| 13 | Philadelphia, PA 19103<br>215 567-6565 | 2001 Market St<br>3300 Two Commerce Sq |
| 14 | | Philadelphia, PA 19103<br>215 963-0600 |
| 15 | | |
| 16 | | |
| 17 | **Plaintiff Bryon Bishop**<br>Joseph C. Kohn | **Plaintiff Bryon Bishop**<br>Karl Olson |
| 18 | Robert LaRocca<br>Kohn Swift & Graf P.C. | Ram & Olson LLP<br>555 Montgomery Street, Suite 820 |
| 19 | One South Broad Street, Suite 2100<br>Philadelphia, PA 19107 | San Francisco, CA 94111<br>415 433-4949 |
| 20 | 215 238-1700 | |
| 21 | | |
| 22 | **Plaintiff Bryon Bishop**<br>Roberta D. Liebenberg | **Plaintiff Bryon Bishop**<br>Steven A. Asher |
| 23 | Fine Kaplan & Black, RPC<br>1835 Markel Street, 28th Floor | Weinstein Kitchenoff & Asher LLC<br>1845 Walnut Street, Suite 1100 |
| 24 | Philadelphia, PA 19103<br>215 567-6565 | Philadelphia, PA 19103<br>215 545-7200 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

469022.01

PROOF OF SERVICE
CASE NO. CV-09-1967-CW

| | |
|---|---|
| **Plaintiffs Michael Anderson and Danny Wimprine**<br>Tracy Tien<br>Rosemary M. Rivas<br>Finkelstein Thompson LLP<br>100 Bush Street, Suite 1450<br>San Francisco, CA 94102<br>415 398-8700 | **Plaintiff, Michael Anderson and Danny Wimprine**<br>Bryan L. Clobes<br>Cafferty Faucher LLP<br>1717 Arch St., Ste. 3610<br>Philadelphia, PA 19103<br>215 864-2800 |
| **Plaintiff Ishmael Thrower**<br>Reginald Von Terrell<br>The Terrell Law Group<br>Post Office Box 13315, PMB #148<br>Oakland, CA 94661<br>510 237-9700 | **Plaintiffs Craig Newsome and Damien Rhodes**<br>Eric B. Fastiff<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery St, 30th Floor<br>San Francisco, CA 94111-3339<br>415 956-1000 |
| **Plaintiff Craig Newsome**<br>Daniel E. Gustafson<br>David A. Goodwin<br>Jason Kilene<br>Gustafson Gluek PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>612 333-8844 | **Plaintiffs Craig Newsome and Damien Rhodes**<br>Joseph Richard Saveri<br>Kelly M. Dermody<br>Lieff, Cabraser, Heiman & Bernstein, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>415 956-1000 |
| **Plaintiff Danny Wimprine**<br>Lee Albert<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>212 682-1818 | **Plaintiff Damien Rhodes**<br>Eric L. Cramer<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>215 875-3000 |
| **Plaintiff Damien Rhodes**<br>Joshua P. Davis<br>Law Offices of Joshua P. Davis<br>437A Valley Street<br>San Francisco, CA 94131<br>415 422-6223 | **Plaintiff Damien Rhodes**<br>Kendall S. Zylstra<br>Stephen E. Connolly<br>Faruqi & Faruqi LLP<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19006<br>215 914-2460 |

PROOF OF SERVICE
CASE NO. CV-09-1967-CW

469022.01

| | | |
|---|---|---|
| 1 | **Plaintiff Samuel Jacobson** | **Plaintiff Samuel Jacobson** |
| 2 | Garrett D. Blanchfield, Jr. | Joe Sibley |
| | Reinhardt Wendorf & Blanchfield | Kiwi Alejandro Danao Camara |
| 3 | East 1250 First National Bank Building | Camara & Sibley LLP |
| | 322 Minnesota Street | 2339 University Boulevard |
| 4 | St. Paul, MN 55101 | Houston, TX 77005 |
| | 651 287-2100 | 713 893-7973 |
| 5 | | |
| 6 | **Defendant National Collegiate Athletic Association** | **Defendant National Collegiate Athletic Association** |
| 7 | Gregory L. Curtner | Jason Alex Geller |
| 8 | Robert James Wierenga | David P. Borovsky |
| | Miller Canfield Paddock & Stone, P.L.C. | Glen Robert Olson |
| 9 | 101 North Main Street, 7th Floor | Long & Levitt LLP |
| | Ann Arbor, MI 48104 | 465 California Street, Suite 500 |
| 10 | 734 668-7756 | San Francisco, CA 94104-1814 |
| 11 | | 415 397-2222 |
| 12 | | |
| 13 | **Defendant Collegiate Licensing Company** | **Defendant Collegiate Licensing Company** |
| | Gennaro August Filice | William Howard Brewster |
| 14 | Filice Brown Eassa & McLeod LLP | Cindy Dawn Hanson |
| | 1999 Harrison Street, 18th Floor | R. Charles Henn, Jr. |
| 15 | Oakland, CA 94612 | Kilpatrick Stockton LLP |
| | 510 444-3131 | 1100 Peachtree Street, Suite 2800 |
| 16 | | Atlanta, GA 30309 |
| 17 | | 404 815-6470 |

Executed on February 18, 2010, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*[signature]*
ELIZABETH MYRDDIN

469022.01

PROOF OF SERVICE
CASE NO. CV-09-1967-CW